# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 12-CR-0096-JHP** |
| | ) | |
| **SAMUEL ALLEN JACKSON** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER AFFIRMING AND ADOPTING THE REPORT
## AND RECOMMENDATION OF THE UNITED STATES
## MAGISTRATE JUDGE

On February 28, 2013, United States Magistrate Judge Kimberly E. West entered her Report and Recommendation [Doc. No. 38] regarding Defendant's Motion to Suppress [Doc. No. 27], and Defendant's Motion to Dismiss [Doc. No. 27]. The Magistrate Judge recommended that Defendant's Motion to Suppress [Doc. No. 27], and Defendant's Motion to Dismiss [Doc. No. 27] be denied. On March 7, 2013, Defendant timely filed his objections to the Magistrate Judge's Report and Recommendation in accordance with 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(a). [Doc. No. 39]. On March 13, 2013, the Government filed its Response to the Defendant's Objections to the Report and Recommendation. [Doc. No. 40].

This Court finds that the Order of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, this Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on February 28, 2013, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

IT IS SO ORDERED this 21st day of March, 2013.

James H. Payne
United States District Judge
Eastern District of Oklahoma